■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN ALEJO, Appellant. [721 NYS2d 791] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered December 7, 1999, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that judgment is affirmed.

The defendant was not substantially prejudiced by the late disclosure of *Rosario* material (*see, People v Banch,* 80 NY2d 610, 617; *People v Martinez,* 71 NY2d 937, 940; *People v Rosario,* 9 NY2d 286). The court precluded the People from using this material in examining their witnesses, and the defendant was able to exploit the delayed disclosure (*see, People v Benito,* 256 AD2d 221; *People v Jones,* 200 AD2d 451).

The defendant's remaining contention is without merit (*see, People v Barclift,* 228 AD2d 194). O'Brien, J. P., Friedmann, H. Miller and Schmidt, JJ., concur.